◼ The People of the State of New York, Respondent, v

ARNOLD PHILLIPS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of County Court, Onondaga County, Mordue, J.—possession of stolen property, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.